IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAROLINE MOZELESKI**, *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No.: 08 0557 RMC |
| **STATE FARM LIFE INSURANCE COMPANY**, *et al.* | * | |
| | * | |
| **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendants, State Farm Life Insurance Company and State Farm Insurance Company, certify that to the best of my knowledge and belief, that State Farm Insurance Company is a non-entity and that State Farm Life Insurance Company is a wholly-owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual company which does not issue public stock.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/
J. Snowden Stanley, Jr. (Bar No.: 360178)
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
jstanley@semmes.com

Attorneys for Defendant, State Farm Life Insurance Company and State Farm Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2008, a copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served, via e-filing and/or first-class mail, postage prepaid, on:

Douglas P. Desjardins, Esquire
Clapp, Desjardins & Ely, PLLC
444 North Capitol Street, N.W.
Hall of States Building, Suite 828
Washington, D.C. 20001
Attorneys for Plaintiff, Carolina Mozeleski and Alison Maffry

/s/
J. Snowden Stanley, Jr.

B0788903.WPD