# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CAROLINE MOZELESKI,** *et al.*

          **Plaintiffs,**

**v.**

**STATE FARM LIFE INSURANCE CO.,** *et al.*

          **Defendant**

Case No.: 1:08-cv-0557

Judge: COLLYER

**NOTICE OF APPEARANCE**

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Douglas P. Desjardins of CLAPP, DESJARDINS & ELY, pllc as counsel for Plaintiffs, CAROLINE MOZELESKI and ALISON MAFFRY, in the above-captioned action.

Respectfully submitted this 14th day of April, 2008.

CLAPP, DESJARDINS & ELY PLLC

/s/ Douglas Desjardins
Douglas Desjardins—Fed Bar No. 448370
444 North Capitol Street, NW
Suite 828
Washington, DC  20001
PH: 202-638-5300
FAX: 202-393-1725
dpd@cdelaw.net

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day of April 14, 2008 I filed the foregoing **ENTRY OF APPEARANCE** via the Court's electronic filing system to be served on all parties of record.


  /s/ Chris Sheppard
Chris Sheppard