UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CAROLINE MOZELESKI**, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-557 (RMC) |
| **STATE FARM INSURANCE COMPANY**, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **SCHEDULING ORDER**

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on June 6, 2008, it is hereby **ORDERED** that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made no later than July 9, 2008.

2. All fact discovery shall be completed no later than January 6, 2009.

3. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

4. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

5. A further status conference is scheduled for 10:15 a.m. on January 9, 2009, at which time the parties shall advise the Court whether they will pursue a method of alternative dispute resolution, file dispositive motions, designate experts or otherwise proceed towards trial. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date. Expert discovery shall be conducted thereafter, as necessary.

6. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiffs' counsel shall advise this Court by promptly filing a stipulation.

7. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4.

**SO ORDERED.**

Date: June 9, 2008

                                                       /s/
ROSEMARY M. COLLYER
United States District Judge